Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **CONROE CORRAL MURPHY, LLC.** |
| **2. All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 3 – 0 7 6 3 6 9 0** |

**4. Debtor's address**

**Principal place of business**

**1604 Interstate 45 N**
Number        Street

**Conroe, TX 77301-1697**
City                              State        ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

Number        Street

City                              State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State        ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **CONROE CORRAL MURPHY, LLC.**            Case number *(if known)*
          Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. §501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**7  2  2  5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

☑ Chapter 11. *Check all that apply:*

 ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

 ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

 ❑ A plan is being filed with this petition.

 ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❑ No

☑ Yes. District **Southern District of Texas**  When **2/7/2025**  Case number **25-30765**
                                                        MM / DD / YYYY

 District _____  When _____  Case number _____
                                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❑ Yes.  Debtor _____  Relationship _____

 District _____  When _____
                                  MM / DD / YYYY

 Case number, if known _____

Debtor **CONROE CORRAL MURPHY, LLC.**                Case number *(if known)*
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

_____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

Number        Street

_____

City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency    _____

Contact name    _____

Phone    _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☑ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  **CONROE CORRAL MURPHY, LLC.**        Case number *(if known)*
      Name

| 16. Estimated liabilities | ❑ $0-$50,000 | ☑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/10/2026**
        MM/ DD/ YYYY

**X**  **/s/ KIRK MURPHY**                **KIRK MURPHY**
Signature of authorized representative of debtor      Printed name

Title    **PRESIDENT/CEO**

**18. Signature of attorney**

**X**     **/s/ Alex Olmedo Acosta**      Date **06/10/2026**
Signature of attorney for debtor             MM/ DD/ YYYY

**Alex Olmedo Acosta**
Printed name

**Acosta Law P.C.**
Firm name

**One Northwest Centre**
Number      Street

**Houston**          **TX**    **77040**
City          State    ZIP Code

**(713) 980-9014**        **alex@theacostalawfirm.com**
Contact phone        Email address

**00798021**        **TX**
Bar number        State

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **CONROE CORRAL MURPHY, LLC.**                    CASE NO

                                                        CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **06/10/2026**        Signature                    **/s/ KIRK MURPHY**
                                              KIRK MURPHY, PRESIDENT/CEO

Ace  Mart
Po Box 974297
Dallas, TX 75397-4297

Air Well
13859 Crosshaven Dr
Houston, TX 77015-1601

American Express
Po Box 6031
Carol Stream, IL 60197-6031

Ascentium Capital
23970 Highway 59 N
Kingwood, TX 77339-1535

AT&T
Po Box 5019
Carol Stream, IL 60197-5019

Atlantech
23970 Highway 59 N
Kingwood, TX 77339-1535

Benchmark Insurance Company
150 Lake St W
Wayzata, MN 55391-1599

Bennette Uniforms
4377 Federal Dr
Greensboro, NC 27410-8116

BHB Funding
5550 Glades Rd
Boca Raton, FL 33431-7205

Big A Cleaning
4377 Federal Dr
Greensboro, NC 27410-8116

Biotech Plumbing
6743 Theall Rd Ste C
Houston, TX 77066-1215

BOW APPLE CAPITAL LLC
15916 Union Tpke
Flushing, NY 11366-1954

Caam Services
20707 Jasmine Hills Ct
Katy, TX 77449-3677

Captive Aire
4641 Paragon Park Rd
Raleigh, NC 27616-3406

Carrco Toner
4904 Creekside Dr
Clearwater, FL 33760-4060

Center Point Energy
Po Box 4981
Houston, TX 77210-4981

City of Conroe Water
Po Box 3066
Conroe, TX 77305-3066

Corporation Service Company
2711 Centerville Rd Ste 400
Wilmington, DE 19808-1645

Corporation Service Company
Po Box 2576
Springfield, IL 62708-2576

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Cozzini Bros
8430 W Bryn Mawr Ave Ste 800
Chicago, IL 60631-3497

CT Corporation System
ATTN: SPRS
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

CUCUMBER CAPITAL, LLC.
445 Central Ave 108
Cedarhurst, NY 11516-2001

Ecolab
Po Box 70343
Chicago, IL 60673-0343

Eminent Funding, LLC.
369 Lexington Ave
New York, NY 10017-6506

Entergy
Po Box 8104
Baton Rouge, LA 70891-8104

G&G FUNDING GROUP LLC
57 W 57th St Floor 4
New York, NY 10019-2802

Golden Corral
5400 Trinity Rd Ste 309
Raleigh, NC 27607-6001

Houston Avocado
2224 Airline Dr
Houston, TX 77009-2422

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
INSOLVENCY SECTION
1919 Smith St Stop Hou 5022
Houston, TX 77002-8049

MC Clane
Po Box 847535
Dallas, TX 75284-7535

MCLANE FOODSERVICE, INC.
2085 Midway Road
Carrollton, TX 75006

Mobile Mini( Willscot)
4646 E Van Buren St
Phoenix, AZ 85008-6915

MONTGOMERY COUNTY
400 N SAN JACINTO ST
Conroe, TX 77301

Mood Media
2100 S. IH-35 Frontage Rd.
Austin, TX 78704

MVP Air Conditioning
1118 Kingsbridge Rd
Houston, TX 77073-1231

NuCo2
Po Box 9011
Stuart, FL 34995-9011

On Deck Capital
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

Optimum
1111 Stewart Ave
Bethpage, NY 11714-3533

Overnight Capital LLC
12417 Metropolitan Ave
Kew Gardens, NY 11415-2711

Paul Pecis
18207 Wisteria Estates Ln
Cypress, TX 77429-8057

QFS Capital
7901 4th St N # 13070 13070
St Petersburg, FL 33702-4305

Queens Funding LLC
101 Chase Ave Ste 203
Lakewood, NJ 08701-4762

RedBook
P.o.box 18364
Palatine, IL 60055-0001

Regency Supply
Po Box 8576
Pasadena, CA 91109-8606

Restaurant Technologies
12962 Collection Center Dr
Chicago, IL 60693-0129

Stephen Terry
7407 Spencer Hwy Ste 110
Pasadena, TX 77505-1868

Texas Comptroller of Public
Accounts
1011 Highway 6 S
Houston, TX 77077-1035

Thompson First Aide
415 Lockhaven Dr
Houston, TX 77073-5531

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave Nw
Washington, DC 20530-0001

U.S. Small Business Admin.
10737 Gateway Blvd W Ste 300
El Paso, TX 79935-4910

U.S. Small Business
Adminstration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

U.S. Small Business
Adminstration
1545 Hawkins Blvd Ste 202
El Paso, TX 79925-2654

Unifirst
Po Box 650481
Dallas, TX 75265-0481

United States Attorney's Office
1000 Louisiana 2300
Houston, TX 77002

US FOODS
Po Box 840396
Dallas, TX 75284-0396

Waste Management (dumpster)
Po Box 660345
Dallas, TX 75266-0345

Waste Management( card board)

P.O. Box           733356
Chicago, IL 60673-7356